**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

SMEDLEY                         v. ASTRUE                         No. 07-1644-WQH(LSP)

HON. LEO S. PAPAS      CT. DEPUTY J. JARABEK         Rptr. _____
                              Attorneys
       Plaintiffs                                                Defendants

Joint Motion for Extension of Time to Respond to Plaintiff's Motion to Remand And/Or Reversal (11-1, 12-1) is GRANTED.

On or before February 19, 2008, Defendant shall file a Response to Plaintiff's Motion to Remand And/Or Reversal.

On or before March 10, 2008, Plaintiff and Defendant shall file Oppositions to each other's motions.

The date and time of the hearing on Plaintiff's Motion for Remand And/Or Reversal on February 28, 2008 at 8:30 AM is vacated.

DATED: January 23, 2008

                                             Hon. Leo S. Papas
                                             U.S. Magistrate Judge