# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. SMEDLEY,<br><br>                            Plaintiff,<br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>                           Defendant. | CASE NO. 07CV1644 WQH (LSP)<br><br>ORDER REMANDING CASE TO SOCIAL SECURITY ADMINISTRATION |

HAYES, Judge:

      On February 5, 2008, the parties filed a joint motion to remand this case to the Social Security Administration for further administrative action. (Doc. # 14). Good cause appearing, the joint motion to remand (Doc. # 14) is GRANTED. This case is hereby remanded to the Social Security Administration for further administrative action. The Clerk of the Court is ordered to close this case.

      **IT IS SO ORDERED**.

DATED: February 6, 2008

                                                  *William Q. Hayes*<br>
                                           **WILLIAM Q. HAYES**<br>
                                           United States District Judge